UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,          **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

22 -**CR**-61 ( )( )

Unique Christopher          15-cr-607

Defendant(s).
-------------------------------------------------------------------X

Defendant ___Unique Christopher_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

- ___ Initial Appearance Before a Judicial Officer
- _X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Bail/Detention Hearing
- _X_ Conference Before a Judicial Officer

Unique Christopher
_____By /s/_____          _____
Defendant's Signature          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Unique Christopher          David Touger
_____          _____
Print Defendant's Name          Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/8/22          _____
_____          
Date          U.S. District Judge/U.S. Magistrate Judge