```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
         -v-                                            :
                                                        :                22 Cr. 61 (JPC)
UNIQUE CHRISTOPHER,                                     :
                                                        :                    ORDER
                         Defendant.                     :
                                                        :
---------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    David Touger, Esq. is appointed as counsel pursuant to the Criminal Justice Act effective as of January 21, 2022.

    SO ORDERED.

Dated: February 9, 2022  
       New York, New York

                                                  JOHN P. CRONAN  
                                            United States District Judge