

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2022

**By ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Unique Christopher*, 22 CR 61 / 15 CR 607 (JPC)

Dear Judge Cronan,

    The Government submits this letter on behalf of the parties to request respectfully that the Court adjourn the conference scheduled on Thursday, June 16, 2022 in connection with the above-captioned case and violation of supervised release proceedings to a date and time of convenience to the Court during the week of Monday, June 27, 2022.  The parties anticipate that with the requested adjournment, they may be in a position to achieve a global disposition at the next appearance.  With the consent of the defendant, the Government further requests respectfully that the Court exclude time under the Speedy Trial Act from June 16, 2022 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in being able to consider the availability of any disposition with counsel and to review further discovery in connection with the same.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

The requests are granted.  The conference of June 16, 2022 is adjourned until June 30, 2022 at 11:00 a.m. in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by excluding time from June 16, 2022 to June 30, 2022 outweigh the interests of the public to allow the defendant to discuss a possible disposition of the case and review discovery.

SO ORDERED.
Date: June 15, 2022
New York, New York

*JOHN P. CRONAN*
JOHN P. CRONAN
United States District Judge