# PELUSO & TOUGER, LLP
### ATTORNEYS AT LAW
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013

TELEPHONE: (212) 608-1234
FACSIMILE:   (212) 513-1989

November 1, 2023

By ECF

Honorable John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court appoints David Touger as CJA counsel.

SO ORDERED.
Date: November 22, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re: United States v. Unique Christopher
    22 CR 61 (JPC)

Your Honor,

This Court sentenced Mr. Christopher on October 21, 2022 to a term of imprisonment of 66 months for violating Title 18, United States Code, Section 924(c)(1)(A)(i) and his VSOR. Mr. Christopher has now served almost half of his prison term. Since his incarceration he has suffered numerous personal tragedies.  Including the death of his mother this past April.  Currently his grandmother is suffering from Colon cancer and has been in and out of the hospital due to this diagnosis.  He has also been infected with Covid while he was incarcerated.  My respectful request is that the Court renew my assignment to represent Mr. Christopher so that I can make a formal compassionate release motion to the Court based on these facts and others.

Thank you very much for your attention to this matter.

Most Respectfully,

David Touger, Esq.