```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
        -v-                                                      :
                                                                 :   22 Cr. 61 (JPC)
                                                                 :
UNIQUE CHRISTOPHER,                                              :
                                                                 :       ORDER
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

       The Government is directed to file a response to Defendant's motion seeking compassionate release, Dkt. 32, by September 20, 2024.

       SO ORDERED.

Dated: August 30, 2024
       New York, New York

                                          JOHN P. CRONAN
                                    United States District Judge