UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- :
: 22 Cr. 61 (JPC)
UNIQUE CHRISTOPHER, :
: ORDER
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 30, 2024, the Court directed the Government to file a response to Defendant's motion seeking compassionate release by September 20, 2024. That deadline has passed and the docket does not reflect the entry of the Government's response. The Court *sua sponte* extends the Government's deadline to September 30, 2024.

SO ORDERED.

Dated: September 23, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge